No. 72–6001. WHITE *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 72–6003. BRAXTON *v.* HENDERSON, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 72–6013. LOTT *v.* TEXAS BOARD OF PARDONS AND PAROLES ET AL. Ct. Crim. App. Tex. Certiorari denied.

No. 72–6039. DANIEL *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 72–540. WATKINS ET AL. *v.* MISSISSIPPI. Sup. Ct. Miss. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–5734. DEAN *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–5783. GUNN ET AL. *v.* TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–5828. KELLY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–5838. DE AVILA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–5922. LONG *v.* CARLSON, DIRECTOR OF PRISONS, ET AL. C. A. 10th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–883. PLUCHINO *v.* UNITED STATES. C. A. 4th Cir. Motion to dispense with printing petition granted. Certiorari denied.